IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT REDMON,

    Plaintiff,

v.                                                     CASE NO. 1:19-cv-181-AW-GRJ

FEDERAL RESERVE BOARD,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff initiated this case by filing a document entitled "Petition to Confirm Arbitration Award", ECF No. 1. Plaintiff failed to use the Court's form for *pro se* civil cases. "The Court need not—and ordinarily will not—consider a petition, motion, or complaint that is not field on the proper form." *Id.* Petitioner also failed to either pay the $400.00 filing fee or file a motion for leave to proceed *in forma pauperis.* Pursuant to N.D. Fla. Loc. R. 5.1(H), "[a] civil action shall not be filed by the clerk until the fee is paid . . . unless the complaint or petition is accompanied by a motion for leave to proceed *in forma pauperis* [IFP]."

The Court ordered Plaintiff to correct these deficiencies on or before November 8, 2019 and warned him that failure to comply would result in a

recommendation that this case be dismissed without further notice. ECF No. 3. As of this date, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with an order of the court and failure to prosecute.

**IN CHAMBERS** this 13th day of November 2019.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.