IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ROBERT REDMON,**

    **Plaintiff,**

**v.**                                                               **Case No. 1:19-cv-181-AW-GRJ**

**FEDERAL RESERVE BOARD,**

    **Defendant.**

_____/

## **ORDER OF DISMISSAL**

The Court has considered the magistrate judge's November 13, 2019 Report and Recommendation. ECF No. 4. No objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation is accepted and adopted as the Court's order.

2. The Clerk shall enter a judgment saying: "This case is dismissed for failure to comply with a court order."

3. The Clerk shall close the file.

SO ORDERED on December 16, 2019.

                                                              _s/ Allen Winsor_
                                                              United States District Judge